# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF MINNESOTA.

GEORGE S. THOMPSON & another *vs.* HENRY S. HOWE.

May 1, 1874.

No appeal lies to the supreme court from a mere opinion of the district court.

Appeal from the district court for the counties of Watonwan, etc.

*William L. Coon*, for appellant.

*J. W. Seager*, for respondents.

*By the Court.* This appeal is taken from an *opinion* of the court below, and not from any *order* entered in accordance therewith. For this reason, (without adverting to others,) the appeal is dismissed. Gen. Stat. ch. 86, § 8; *Wilson* v. *Bell*, 17 Minn. 61, 68; *Von Glahn* v. *Sommer*, 11 Minn. 203.

Appeal dismissed.